JS 45 (4/24) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
City: Madison
County/Parrish: Dane

**Related Case:**
US v. Jamar Purnell et al (25-cr-63-wmc)

**Related Case Information:**
Superseding Docket Number: 25 CR 087 WMC
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 24-mj-69
Search Warrant Case Number: _____
R20 / R40 from the District of _____

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
AUG 27 2025
FILED/REC'D
CLERK OF COURT

**Defendant information:**
Matter to be Sealed: Yes ___ No ✓
Def. Name: Noah A. Hodges
Alias Name:
City/State: Madison, WI
Year of Birth: 1982
Last 4 digits of SSN: 8436
Sex: Male
Race: White

**U.S. Attorney Information:**
AUSA: STEVEN P. ANDERSON   Bar #:
Interpreter: ✓ No ___ Yes   List language and/or dialect:

**Location Status:**
Arrest Date: _____
___ Already in Federal Custody as of: _____ in Milwaukee Secure Detention Facility
✓ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 1    ☐ Petty    ☐ Misdemeanor    ✓ Felony
                                    ☐ Class A
                                    ☐ Class B
                                    ☐ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: August 27, 2025    Signature of AUSA: /s/ STEVEN P. ANDERSON