

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 25 CR 087 WMC |
| NOAH A. HODGES, | 21 U.S.C. § 841(a)(1) |
| Defendant. | |

---

THE GRAND JURY CHARGES:

## COUNT 1

On or about February 6, 2025, in the Western District of Wisconsin, the defendant,

NOAH A. HODGES,

knowingly and intentionally possessed with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 08-27-2025

_____
CHADWICK M. ELGERSMA
Acting United States Attorney