# WARRANT OF ARREST

| **United States District Court** | DISTRICT: WESTERN DISTRICT OF WISCONSIN |
|---|---|
| United States of America<br><br>v.<br><br>Noah A. Hodges<br><br>Defendant. | DOCKET NO.: 25 CR 087    MAGISTRATE JUDGE CASE NO.: WMC<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Noah A. Hodges<br>Milwaukee Secure Detention Facility<br>1015 N. 10th St<br>Milwaukee, WI 53205 |

Warrant Issued on the Basis of:

✓ Indictment   ☐ Order of Court   ☐ Information   ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                    City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Possession with Intent to Distribute 50 Grams or More of Methamphetamine

IN VIOLATION OF TITLE: 21 U.S.C. Section(s) 841(a)(1)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge<br>Andrew R. Wiseman | Date Order: |
|---|---|---|
| Clerk of Court: | (By) Deputy Clerk<br>s/ N. Nelson, Deputy Clerk | Date Issued: 8/27/2025 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |