UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.                Case No. 25-cr-87-wmc

NOAH A. HODGES,

    *Defendant.*

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Noah A. Hodges, the defendant in the above-captioned matter, is represented by:

>Matthew Giesfeldt
>Federal Defender Services of Wisconsin, Inc.
>22 East Mifflin Street, Suite 1000
>Madison, Wisconsin 53703
>Telephone: [608] 260-9900
>Facsimile: [608] 260-9901

Dated at Madison, Wisconsin, this 3rd day of September, 2025.

            Respectfully submitted,
            Noah A. Hodges, Defendant

            */s/ Matthew Giesfeldt*
            Matthew Giesfeldt

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Matthew_giesfeldt@fd.org