IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

    v.                                    Case No.: 25-cr-87-wmc

NOAH A. HODGES

        DEFENDANT.

## NOTICE OF APPEARANCE

The United States of America, by Chadwick M. Elgersma, Acting United States Attorney for the Western District of Wisconsin, by Kathryn E. Ginsberg, Assistant United States Attorney for that district, gives notice that she files her appearance as co-counsel for the United States of America in the above-captioned case.

Dated: September 4, 2025

                                              CHADWICK M. ELGERSMA
                                              Acting United States Attorney

                                              By: /s/
                                              KATHRYN E. GINSBERG
                                              Assistant United States Attorney