UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 25-cr-87-wmc

NOAH A. HODGES,

    Defendant.

---

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT PURSUANT TO FED. R. CRIM. P. 10(b) AND ENTRY OF PLEA OF NOT GUILTY

I am Noah A. Hodges, the defendant in this case, and along with my undersigned attorney, I hereby acknowledge the following, and petition the Court to enter a Plea of Not Guilty:

1.    I have received a copy of the Indictment in this case. I understand the nature and substance of the charges, the maximum penalties applicable in the event I am convicted, and my constitutional rights. My attorney has advised me of these rights and the penalties provided if I am convicted.

2.    I understand I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the charge, or charges. I understand an arraignment is scheduled following: (a) the filing of the Indictment and making public thereof; (b) the date I first appeared before a judicial officer; or (c) the date I was ordered held to answer and appeared before a judicial officer of the Court in which these charges

are pending, whichever date last occurs. I further understand that without this waiver, I would be arraigned in open Court and must appear as directed.

I have conferred with my attorney and fully understand all of the above. I hereby waive personal appearance at arraignment and the reading of the Indictment; by this petition, I tender a Plea of Not Guilty. I understand that entry by the Court of this plea will conclude the arraignment in this case for all purposes, including the Speedy Trial Act, 18 U.S.C. § 3161.

I respectfully submit this petition to enter a Plea of Not Guilty in my absence.

_____  	_____9/23/25_____
Noah A. Hodges  	Date
Defendant

_____  	_____9/30/2025_____
Matthew Giesfeldt  	Date
Attorney for Defendant