# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Guy Cardamone, Madison Supervisor
John W. Campion
Alexandra Douglas
Ramuel R. Figueroa
Matthew Giesfeldt
Jonathan Greenberg
Gabriela A. Leija
Julie K. Linnen
Dennise Moreno
Tom Phillip
Alex Vlisides

Telephone 608-260-9900
Facsimile 608-260-9901

February 19, 2026

The Honorable Anita Boor
United States Magistrate Judge
United States District Court
   for the Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703

Re:   *United States v. Noah Hodges*
       Case No. 25-cr-87-wmc

To the Honorable Judge Boor:

Pursuant to the Court's scheduling order, pretrial motions are due today. After further research, review of discovery, and consultation with Mr. Hodges, the defense has no motions to file. Because no evidentiary hearing is necessary, Mr. Hodges respectfully waives his right to appear in person and does not object to converting the pretrial motion hearing into a telephonic status conference.

Respectfully,

*/Matthew Giesfeldt/*
Matthew Giesfeldt
Associate Federal Defender