IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.                                                    Case No.:  25-cr-00087-wmc

NOAH A. HODGES,

    DEFENDANT.

## NOTICE OF APPEARANCE

The United States of America, by Chadwick M. Elgersma, United States Attorney

for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States

Attorney for that district, gives notice that she files her appearance as counsel for the

United States of America in the above-captioned case.

Dated: March 5, 2026

CHADWICK M. ELGERSMA
United States Attorney

/s/
By:_____
ELIZABETH ALTMAN
Assistant United States Attorney