# COURTROOM MINUTES
# ARRAIGNMENT/PLEA HEARING

DATE: 5/5/2026    DAY: Tuesday    START TIME: 2:34 p.m.    END TIME: 2:59 p.m.

JUDGE/MAG.: William M. Conley    CLERK: jef    REPORTER: JD

PROBATION OFFICER:_____    INTERPRETER:_____    SWORN: YES ☐  NO ☐

CASE NUMBER: 25-cr-87-wmc-1    CASE NAME: USA v. Noah A. Hodges

**APPEARANCES:**

ASST. U.S. ATTY.: Steven Anderson    DEFENDANT ATTY.: Matthew Giesfeldt

DEFENDANT PRESENT: YES ☒  NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) ___1___ ; ___40___ YR(S) IMPRISONMENT; $ 5,000,000 FINE;

___life___ YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: 44    ☒ INDICTMENT/INFORMATION READ    ☐ DEFENDANT WAIVES READING

**PLEA:**

☒ GUILTY    ☒ DEFENDANT SWORN

☐ NOT GUILTY    ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY

☐ NO CONTEST    ☒ DEFT. ADJUDGED GUILTY BY COURT

☐ MUTE

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: _____    TRIAL ESTIMATE:_____ DAYS

PTMH/EVID. HRG.: _____    MOTIONS DUE:_____

FPTC: _____    FPTC SUBMISSIONS:_____

FINAL HEARING: _____

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: 6/17/26    OBJECTIONS DUE: 7/1/26

SENTENCING : 7/22/26    at 1:00 p.m.

**RELEASE/DETENTION:**

☒ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.

☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.

☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING:_____

**NOTES:**

Mandatory minimum of 5 years in prison and 4 years supervised release.

TOTAL COURT TIME: 25 min.