**COURTROOM MINUTES**
**SENTENCING / JUDICIAL REVIEW**

DATE: 7/22/2026    DAY: Wednesday    START TIME: 1:10 p.m.    END TIME: 1:48 p.m.

JUDGE/MAG.: Conley    CLERK: jef    REPORTER: JD

PROBATION OFFICER: B. Schwonke    INTERPRETER: _____    SWORN: _____

CASE NUMBER: 25-cr-87-wmc    CASE NAME: USA v. Noah A. Hodges

---

**APPEARANCES:**

AUSA: Steven P. Anderson    DEFENDANT ATTY.: Matthew Giesfeldt

DEFENDANT PRESENT: YES

---

**SENTENCING GUIDELINE RANGE:**

TOTAL OFFENSE LEVEL: 31    CRIMINAL HISTORY CATEGORY: VI

ADVISORY GUIDELINE IMPRISONMENT RANGE: 188 to 235 MONTHS.

---

**SENTENCE:**

COUNT(S) 1 : ☒ INDICTMENT  ☐ INFORMATION

CBOP  CT. 1 ; 60 MOS.; 5 YRS. S/R;  $ 100 CA; $ _____ REST.; $ _____ FINE.

CT. ___ ; ___ MOS.; ___ YRS. S/R;  $ ___ CA; $ _____ REST.; $ _____ FINE.

☒ VOLUNTARY SURRENDER: 9/24/2026 between 12:00 p.m. and 2:00 p.m. ;

☒ RELEASE CONDITIONS CONTINUED.

☐ DETAINED.

---

**ACTIONS:**

☒ PLEA AGREEMENT ACCEPTED

☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)

☒ DEFENDANT ADVISED OF RIGHT TO APPEAL

☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED

☐ REVOKED

---

**NOTES:**

TOTAL COURT TIME: 38 minutes