FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Guy Cardamone, Madison Supervisor
John W. Campion
Alexandra Douglas
Ramuel R. Figueroa
Matthew Giesfeldt
Jonathan Greenberg
Gabriela A. Leija
Julie K. Linnen
Colin McGinn
Dennise Moreno
Tom Phillip
Elena Schultz
Alex Vlisides

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

September 11, 2026

The Honorable William M. Conley
United States District Court
for the Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703

Re: *United States v. Noah Hodges*
Case No. 25-cr-87-wmc

To the Honorable Judge Conley:

I write to respectfully request that the Court change Mr. Hodges' self-surrender date. If the Court recalls, Hodges was set to have surgery on August 25, 2026, to repair his umbilical hernia and remove a cyst.[1] The surgery did not happen as scheduled. The delay occurred because of a medical complication—the surgeon needed to conduct a CT scan of the area for surgery due to an irregularity. Hodges had the CT scan on August 31. The surgery is now scheduled for September 24—the same day he's ordered to self-surrender.[2] Hodges reports that an early November surrender date will allow for sufficient recovery and would be comparable to the gap that the existing surrender order contemplated considering the original surgery date.

[1] Exhibit J to sentencing memorandum.
[2] R.48.

Due to the timeliness of this request, I submit it without a full docket of records and communication between Hodges and his doctors—I am still collecting them. I will submit this information as soon as I am able.

I can offer that AUSA Anderson does *not* object to this request, which I greatly appreciate.

Thank you for the Court's time and attention in this matter.

Respectfully,

*/Matthew W. Giesfeldt/*
Matthew W. Giesfeldt
Associate Federal Defender