FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.
LEGAL COUNSEL

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Guy Cardamone, Madison Supervisor
John W. Campion
Alexandra Douglas
Ramuel R. Figueroa
Matthew Giesfeldt
Jonathan Greenberg
Gabriela A. Leija
Julie K. Linnen
Colin McGinn
Dennise Moreno
Tom Phillip
Elena Schultz
Alex Vlisides

October 7, 2026

The Honorable William M. Conley
United States District Court
for the Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703

Re: *United States v. Noah Hodges*
Case No. 25-cr-87-wmc

To the Honorable Judge Conley:

I write, for the last time, to ask for one more change to Hodges' surrender date. Hodges is navigating the healthcare system, and as I noted in my September 14 letter, the surgery did not happen as scheduled, as Hodges needed a CT scan of the area of surgery—an abnormal step in the process. The surgery was then scheduled for September 24. However, another complication occurred. Due to Hodges' complicated medical history, several specialists needed to examine him for preoperative screening. Those examinations did not occur in time to conduct the surgery on September 24, and it is now definitively scheduled for November 9, 2026, as this letter (from Hodges' own MyChart account) shows:



10:39

Letter Details

INVASIVE
SURGERY
CLINIC
4602 EASTPARK BLVD
MADISON WI 53718
608-440-6300

September 22, 2026

Noah A Hodges
3221 Ridgeway Ave
Madison WI 53704-4324

DOB: 4/17/1982

To Whom It May Concern:

This is to confirm that Noah A Hodges is a patient of UW Health.

Noah will be having surgery on 11/9/2026.

Sincerely,

The office of Michael P Sloan, MD

Hodges knows that he cannot keep kicking the can down the road, but he makes this last request to change his surrender date to accommodate this necessary procedure with his existing providers before he begins his term in BOP.

I have consulted with AUSA Anderson, and the government (graciously) does not object to this second request.

Hodges respectfully requests that the Court move his surrender date to allow him sufficient time to recover after surgery. A new date in early to mid-December should suffice.

Respectfully,

*/Matthew W. Giesfeldt/*
Matthew W. Giesfeldt
Associate Federal Defender